NOLAN v. MORGAN. (Circuit Court of Appeals, Sixth Circuit.) No. 752. In Error to the Circuit Court of the United States for the Southern District of Ohio. E. P. Bradstreet, for plaintiff in error. Ernest Rehm, for defendant in error. Dismissed, on motion of defendant, because action below abates by law on the death of either party.

---

NORTH CAROLINA CORP. COMMISSION et al. v. NORFOLK & C. R. CO. (Circuit Court of Appeals, Fourth Circuit. February 8, 1900.) No. 352. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. John W. Hinsdale, for appellants. George Rountree and R. O. Burton, for appellee. Appeal dismissed, without prejudice, by consent. See 99 Fed. 162.

---

NORTH CAROLINA CORP. COMMISSION et al. v. ROANOKE & T. R. R. CO. (Circuit Court of Appeals, Fourth Circuit. 1900.) No. 360. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. John W. Hinsdale, for appellants. John D. Shaw, for appellee. Appeal dismissed. See 99 Fed. 162.

---

NORTH CAROLINA CORP. COMMISSION et al. v. SOUTHERN RY. CO. (Circuit Court of Appeals, Fourth Circuit. February 20, 1900.) No. 359. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. John W. Hinsdale, for appellants. Charles Price, for appellee. Appeal dismissed, without prejudice, by consent. See 99 Fed. 162.

---

NORTHERN PAC. RY. CO. v. CLARK, Auditor, et al. (Circuit Court of Appeals, Eighth Circuit. January 9, 1900.) No. 337. Appeal from the Circuit Court of the United States for the District of North Dakota. F. M. Dudley, for appellant. S. L. Glaspell and Edgar W. Camp, for appellees. No opinion. Affirmed, with costs.

---

PEOPLE'S SAV. BANK OF JACKSON, TENN., et al. v. LAW GUARANTEE & TRUST CO., Limited. (Circuit Court of Appeals, Sixth Circuit. January 5, 1900.) No. 712. Appeal from the Circuit Court of the United States for the Western District of Tennessee. McCorry & Bond and Hays & Biggs, for appellants. Smith & Trezevant, for appellee. Dismissed on stipulation.

---

PICKENS TP., IN EDGEFIELD COUNTY, S. C., v. NATIONAL BANK OF AUGUSTA, GA. (Circuit Court of Appeals, Fourth Circuit. February 14, 1900.) No. 344. In Error to the Circuit Court of the United States for the District of South Carolina. G. W. Croft, for plaintiff in error. Haynsworth & Parker, for defendant in error. Writ of error dismissed, record not having been printed as required by rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.).

---

POPE REVERSIBLE STREET-ROLLER CO. v. F. C. AUSTIN MFG. CO. (Circuit Court of Appeals, Seventh Circuit. January 25, 1900.) No. 605. Dismissed by order of court.